IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NYANIFY, INC. AND CHRISTOPHER ORLANDO TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 21-cv-01528<br><br>District Judge Steven C. Seeger<br><br>Magistrate Judge Sheila M. Finnegan |

**REQUEST REFUND OF DUPLICATE FILING FEE FROM CLERK'S OFFICE**

Plaintiffs respectfully request that the Clerk's Office address a duplicate filing fee for the above captioned case. Counsel's law firm has indicated that on March 19, 2020, its credit card was charged twice for the filing fee of $402.00 – both corresponding to Case No. 21-CV-01528.

Counsel understands the two relevant receipt numbers are #0752-18037948 and #0752-18038120.

As such, counsel respectfully requests a refund for one of the two charges.

4853-1676-9493.2

1

DATED: April 16, 2021                    Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Ariel Roth (Ill. # 6327096)
aroth@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 3500
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*ATTORNEYS FOR PLAINTIFF*